3:25-cv-00488

Notice:

No IFP Application, or Filing Fee was received with Initiating Documents.