# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CURTIS JONES, JR.,

        Plaintiff,

  v.

HARRIS DRILLING, *et al.*,

        Defendants.

Case No. 3:25-CV-00488-ART-CLB

**ORDER TO PAY FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS***

On September 8, 2025, Plaintiff Curtis Jones, Jr. ("Jones") submitted a *pro se* complaint alleging employment discrimination. (ECF No. 1-1.) However, Jones failed to either pay the full $405 filing fee for this matter or file an application to proceed *in forma pauperis*. Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall **SEND** Jones the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **Monday, July 27, 2026**, Jones will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

The Court will retain Jones's complaint, (ECF No. 1-1), but will not file it unless and until she timely complies with this order.

**DATED**: June 25, 2026

UNITED STATES MAGISTRATE JUDGE